# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEREMY GRINER

NO. 2021 KW 1505

**FEBRUARY 25, 2022**

---

In Re:    Jeremy Griner, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 35,185.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.** Relator failed to meet his burden of proving that relief should be granted. See La. Code Crim. P. art. 930.2.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT